THOMAS M. KING et al., Respondents, *v.* REON BARNES, Impleaded, etc., Appellant.

(Argued April 10, 1888; decided May 1, 1888.)

MOTION to dismiss an appeal from an order of the General Term of the Supreme Court in the second judicial department, made July 8, 1887, which affirmed an order of Special Term denying a motion by defendant to correct a mistake in one of the findings of fact.

*William W. MacFarland* for motion.

*John H. Post* opposed.

Agree to grant motion, no opinion.
All concur.
Motion granted.

---

HENRY K. STEVENS, Appellant, *v.* MARCUS L. COMSTOCK et al., Respondents.

(Submitted April 18, 1888; decided May 4, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made on the first Tuesday of January, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court at Special Term dismissing the complaint.

*Carr & Randall* for appellant.

*S. Cary Adams* for respondents.

Agree to affirm on opinion of BRADLEY, J., in court below.
All concur.
Judgment affirmed.